1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARK A. LIZARRAGA, Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  JOSE LUIS ZACARIAS-RUIZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:06-cr-251 AWI
                                     )
12                  Plaintiff,       )
                                     )   STIPULATION TO RESET STATUS
13        v.                         )   CONFERENCE HEARING; AND ORDER
                                     )   THEREON
14  JOSE LUIS ZACARIAS-RUIZ,         )
                                     )   Date :  October 30, 2006
15                  Defendant.       )   Time :  9:00 a.m.
                                     )   Dept :  Hon. Anthony W. Ishii
16  _____)

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19  for October 31, 2006,  is reset for **October 30,  2006, at 9:00 a.m.**

20        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for effective defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  October 5, 2006                    MCGREGOR W. SCOTT
                                            United States Attorney


                                            By /s/ Steven M. Crass
                                            STEVEN M. CRASS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

DATED: October 5, 2006                     DANIEL J. BRODERICK
                                            Federal Defender


                                            By  /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
                                            Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:    October 6, 2006**            _____/s/ Anthony W. Ishii_____
0m8i78                                     UNITED STATES DISTRICT JUDGE

Stipulation to Reset Status Conference Hearing          2