```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS ZACARIAS-RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 1:06-cr-251 AWI |
| ) | |
| *Plaintiff*,   ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; ANDORDER |
| v.   ) | THEREON |
| ) | |
| JOSE LUIS ZACARIAS-RUIZ,   ) | Date : November 20, 2006 |
| ) | Time: 9:00 a.m. |
| *Defendant*.   ) | Dept : Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 30, 2006, may be continued to **November 20, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED:  October 26, 2006                    MCGREGOR W. SCOTT
                                               United States Attorney

5                                              By /s/ Steven M. Crass
                                               STEVEN M. CRASS
6                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff

8  DATED: October 26, 2006                     DANIEL J. BRODERICK
                                               Federal Defender

11                                             By /s/ Mark A. Lizárraga
                                               MARK A. LIZÁRRAGA
                                               Assistant Federal Defender
12                                             Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   October 27, 2006**             /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE