1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARK A. LIZARRAGA, Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  JOSE LUIS ZACARIAS-RUIZ

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. 1:06-cr-251 AWI
                                   )
12          *Plaintiff*,            )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING; AND ORDER
13      v.                         )   THEREON
                                   )
14 JOSE LUIS ZACARIAS-RUIZ,        )   Date : January 8, 2007
                                   )   Time: 9:00 a.m.
15          *Defendant*.            )   Dept : Hon. Anthony W. Ishii
   _____  )

16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19 for December 18, 2006,  may be continued to **January 8, 2007,  at 9:00 a.m.**

20      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21 justice, including but not limited to, the need for the period of time set forth herein for effective defense

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  December 12, 2006                    MCGREGOR W. SCOTT
                                                                                        United States Attorney

                                                                               By /s/ Steven M. Crass
                                                                                   STEVEN M. CRASS
                                                                                   Assistant U.S. Attorney
                                                                                   Attorney for Plaintiff

DATED: December 12, 2006                    DANIEL J. BRODERICK
                                                                                    Federal Defender

                                                                              By /s/ Mark A. Lizárraga
                                                                                   MARK A. LIZÁRRAGA
                                                                                  Assistant Federal Defender
                                                                                  Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 13, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing                    2