1  DANIEL J. BRODERICK, Bar #89424
2  Federal Defender
   MARK A. LIZARRAGA, Bar #186240
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
   JOSE LUIS ZACARIAS-RUIZ
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )   No. 1:06-cr-251 AWI
12                                  )
            *Plaintiff*,            )   STIPULATION TO CONTINUE STATUS
13                                  )   CONFERENCE HEARING; AND ORDER
       v.                           )   THEREON
14                                  )
   JOSE LUIS ZACARIAS-RUIZ,         )   Date : January 29, 2007
15                                  )   Time: 9:00 a.m.
            *Defendant*.            )   Dept : Hon. Anthony W. Ishii
16  _____)

17
       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective
18
   attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled
19
   for January 8, 2007,  may be continued to **January 29, 2007,  at 9:00 a.m.**
20
       The parties agree that the delay resulting from the continuance shall be excluded in the interests of
21
   justice, including but not limited to, the need for the period of time set forth herein for effective defense
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  January 4, 2007                    MCGREGOR W. SCOTT
                                                   United States Attorney

By /s/ Steven M. Crass
    STEVEN M. CRASS
    Assistant U.S. Attorney
    Attorney for Plaintiff

DATED: January 4, 2007                    DANIEL J. BRODERICK
                                                   Federal Defender

By /s/ Mark A. Lizárraga
    MARK A. LIZARRAGA
    Assistant Federal Defender
    Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 5, 2007**            /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2